Enter/JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ROOSEVELT D. CANTON, | Case No. CV 07-05338 AN |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

It is hereby adjudged and decreed that the Commissioner's final decision is affirmed, and that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: August 15, 2008

/s/
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE